Christopher L. Perkins (VA Bar No. 41783)
Christian K. Vogel (VA Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

*Counsel to Bruce H. Matson, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RICHMOND CHRISTIAN CENTER, | Case No. 13-36312 |
| Debtor. | |
| BRUCE H. MATSON, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proc. Case No. 15-03304 |
| STEPHEN A. PARSON, SR., ET AL., | |
| Defendants. | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Bruce H. Matson, Chapter 11 Trustee (the "**Trustee**") for Richmond Christian Center (the "**Debtor**"), by counsel, submits this list of proposed witnesses who may be called to testify at trial on Friday, July 10, 2015:

A.   Bruce H. Matson;

    B.    Stephen A. Parson, Sr.;

    C.    Stephen A. Parson, Jr.;

    D.    Mark Parson;

    E.    Jeffrey Lustbader;

    F.    Robert Smith;

    G.    Rhonda Hickman;

    H.    Raymond Partridge;

    I.    Calvin Yarbrough;

    J.    Pamela Fisher;

    K.    Anthony Fisher; and

    L.    Any witnesses identified by Defendants.

The Plaintiff reserves the right to amend or supplement this list as the names of further witnesses are produced or discovered.

                              BRUCE H. MATSON, CHAPTER 11 TRUSTEE


                              /s/ Christopher L. Perkins
                              Counsel

Christopher L. Perkins (VA Bar No. 41783)
Christian K. Vogel (VA Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

*Counsel to Bruce H. Matson, Chapter 11 Trustee*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of June, 2015, a true and correct copy of the foregoing Plaintiff's Witness List was filed with the Court through the Clerk's CM/ECF filing system and served on all persons receiving electronic notice in this case and/or by first-class mail, postage prepaid, to the following parties:

        Stephen A. Parson, Sr.
        15807 Hampton Summit Lane
        North Chesterfield, VA 23832

        Jeffrey Lustbader
        22860 Harrow Wood Court
        Boca Raton, FL 33433

        Kevin J. Funk
        DurretteCrump PLC
        1111 East Main Street, 16th Floor
        Richmond, VA 23219
            *Counsel for Debtor*

        Robert B. Van Arsdale
        Office of the U.S. Trustee
        701 East Broad Street, Suite 4304
        Richmond, VA 23219
            *Assistant U.S. Trustee*

        /s/ Christopher L. Perkins
        Counsel