Christopher L. Perkins (VA Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

*Counsel to Bruce H. Matson, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RICHMOND CHRISTIAN CENTER, | ) | Case No. 13-36312 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BRUCE H. MATSON, CHAPTER 11 TRUSTEE, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. Case No. 15-03304 |
| | ) | |
| STEPHEN A. PARSON, SR., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff Bruce H. Matson, Chapter 11 Trustee (the "**Trustee**") for Richmond Christian Center (the "**Debtor**"), by counsel, submits this list of exhibits that may be introduced as evidence at trial on Friday, July 10, 2015:

1. Outgoing Wire Transfer Request dated November 26, 2014 from Stephen A. Parson, Sr. to Omega Title Agency;

2. Omega Title Agency Notes for file 14-13662;

3. November 26, 2014 HUD-1 Settlement Statement;

4. February 6, 2015 Email from Dr. Steve Parson to Christopher L. Perkins;

5. T.W. Corp Account No. 35527 Statement dated June 1, 2015;

6. June 1, 2015 Email from Joe Corney to Christopher L. Perkins;

7. Dubli.com "Login" October 9, 2014 email;

8. Dubli.com "Name change" November 4, 2014 email;

9. Dubli.com "1599.85 Pay" November 14, 2014 email;

10. Dubli Account Statement;

11. CMC May 22, 2015 Letter to Christopher L. Perkins;

12. KSUS Group GP December 30, 2014 correspondence to Richmond Christian Center;

13. Richmond Christian Center Bank Account Summary for months ending October 31, 2014, November 30, 2014, and December 31, 2014;

14. Answer to Complaint filed by Stephen A. Parson, Sr. dated May 1, 2015 [Docket No. 17]; and

15. May 19, 2015 Transcript of Rule 2004 Examination of Stephen A. Parson, Sr.

The Trustee reserves the right to amend or supplement this list as further documents are produced or discovered.

BRUCE H. MATSON, CHAPTER 11 TRUSTEE

/s/ Christopher L. Perkins
Counsel

Christopher L. Perkins (VA Bar No. 41783)
Christian K. Vogel (VA Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

*Counsel to Bruce H. Matson, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of June, 2015, a true and correct copy of the foregoing Plaintiff's Exhibit List was filed with the Court through the Clerk's CM/ECF filing system and served on all persons receiving electronic notice in this case and/or by first-class mail, postage prepaid, to the following parties:

Stephen A. Parson, Sr.
15807 Hampton Summit Lane
North Chesterfield, VA 23832

Jeffrey Lustbader
22860 Harrow Wood Court
Boca Raton, FL 33433

Kevin J. Funk
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
    *Counsel for Debtor*

Robert B . Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Assistant U.S. Trustee*

    /s/ Christopher L. Perkins
    Counsel